# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2023

Clerk
United States Court of Appeals
  for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

      Re:  Biden, President of U.S., et al.
            v. Nebraska, et al.
           No. 22-506 (Your docket No. 22-3179)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                M. Altner
                Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2023

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Mr. James A. Campbell, Esq.
Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509

    Re:  Biden, President of U.S., et al.
           v. Nebraska, et al.
           No. 22-506

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Eighth Circuit.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    M. Altner
    Assistant Clerk– Judgments

cc:  Clerk, U.S. Court of Appeals for the Eighth Circuit
      (Your docket No. 22-3179)

# Supreme Court of the United States

No. 22–506

**JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, ET AL.,**

Petitioners

v.

**NEBRASKA, ET AL.**

**ON WRIT OF CERTIORARI BEFORE JUDGMENT** to the United States Court of Appeals for the Eighth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the United States District Court for the Eastern District of Missouri is reversed, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further proceedings consistent with the opinion of this Court.

June 30, 2023

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States