No. 22-3179

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

State of Nebraska, et al.,
*Plaintiffs-Appellants*,
v.
Joseph Biden, Jr., et al.
*Defendants-Appellees*.

On Appeal from the United States District Court
For the Eastern District of Missouri
(No. 4:22-cv-1040-HEA)
Honorable Henry Edward Autrey, District Judge

## MOTION TO WITHDRAW

Shannon Grammel, Deputy Solicitor General, moves the Court for an order allowing her to withdraw as counsel for Plaintiff-Appellant State of Kansas. The undersigned is preparing to leave her position with the Office of Kansas Attorney General Kris Kobach. Dwight R. Carswell has entered his appearance as counsel of record for Plaintiff-Appellant State of Kansas.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

<u>/s/ Shannon Grammel</u>
Shannon Grammel
Deputy Solicitor General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3875
shannon.grammel@ag.ks.gov

*Counsel for Plaintiff-Appellant State of Kansas*

## CERTIFICATE OF SERVICE

I certify that on January 13, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system, and that the CM/ECF system will accomplish service on all parties represented by counsel who are registered CM/ECF users.

<u>/s/ Shannon Grammel</u>
Shannon Grammel