

STATE OF NEBRASKA
# Office of the Attorney General
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
(402) 471-2682
TDD (402) 471-2682
FAX (402) 471-3297 or (402) 471-4725

**MIKE HILGERS**
ATTORNEY GENERAL

**ERIC J. HAMILTON**
SOLICITOR GENERAL

March 10, 2023

Michael Gans, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton United States Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

    RE:    *State of Nebraska, et al. v. Joseph R. Biden, et al.*, Case No. 22-3179

Dear Mr. Gans:

    Please take notice that James A. Campbell should be removed as counsel of record for the following Appellants:

State of Nebraska,
State of Missouri,
State of Arkansas,
State of Iowa
State of Kansas
State of South Carolina

Mr. Campbell has taken a different position and is no longer employed with the Office of the Nebraska Attorney General. I, Eric J. Hamilton, have filed an Entry of Appearance for the above-listed Appellants.

                        Sincerely,

                        /s/ Eric J. Hamilton

                        Eric J. Hamilton
                        Solicitor General